TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LISA A. TILLMAN (Cal. SBN 126424)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 410-965-5909
Lisa.A.Tillman@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDEN MASAO NUMA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 2:26-cv-05867-ACCV<br><br>~~[PROPOSED]~~ JUDGMENT RE REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405 |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT

HEREBY ADJUDGES AND DECREES that judgment be entered for Plaintiff.

DATED: 11/23/26

Magistrate Judge Angela C. C. Viramontes